In the Matter of the Claim of JOHN R. DUNCAN, Respondent, against ODORA COMPANY et al., Appellants, and AGGREGATE TRUST FUND, STATE INSURANCE FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued March 13, 1952; decided April 17, 1952.

*S. Chandler Fraser* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.